**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6086**

_____

JEFFREY DAVID BARNES,

Plaintiff - Appellant,

versus

CONCHETTA MOON, Head Nurse; NURSE SHERMAN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-98-1401)

_____

Submitted:  April 13, 2000          Decided:  April 21, 2000

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey David Barnes, Appellant Pro Se.  Edward Joseph McNelis, III, BREWSTER S. RAWLS & ASSOCIATES, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey David Barnes appeals the district court's order granting summary to the Defendants on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barnes v. Moon, No. CA-98-1401 (E.D. Va. Dec. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED